| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Meyers-Sterner Industries, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | McLeod County Auditor-Treasurer<br>Connie M. Kurtzweg<br>2391 Hennepin Ave. N,<br>Glencoe, MN 55336 | | 2018 Property Taxes | | | | $2,271.88 |
| 2 | City of Glencoe<br>c/o Mark D. Larson<br>1107 11th St. E. #107<br>Glencoe, MN 55336 | | Water and Sewer | | | | $1,563.52 |
| 3 | McLeod County Auditor-Treasurer<br>Connie M. Kurtzweg<br>2391 Hennepin Ave. N,<br>Glencoe, MN 55336 | | 2018 Property Taxes | | | | $868.53 |
| 4 | McLeod County Auditor-Treasurer<br>Connie M. Kurtzweg<br>2391 Hennepin Ave. N,<br>Glencoe, MN 55336 | | 2018 Property Taxes | | | | $481.78 |
| 5 | McLeod County Auditor-Treasurer<br>Connie M. Kurtzweg<br>2391 Hennepin Ave. N,<br>Glencoe, MN 55336 | | 2018 Property Taxes | | | | $216.58 |

| Debtor | **Meyers-Sterner Industries, Inc.** | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6 | McLeod County Auditor-Treasurer<br>Connie M. Kurtzweg<br>2391 Hennepin Ave. N, Glencoe, MN 55336 | | 2018 Property Taxes | | | | $67.20 |
| 7 | McLeod County Auditor-Treasurer<br>Connie M. Kurtzweg<br>2391 Hennepin Ave. N, Glencoe, MN 55336 | | 2018 Property Taxes | | | | $58.24 |
| 8 | SRCarlsonlaw, LLC<br>c/o Scott R. Carlson, Esq<br>2700 W 59th Street<br>Minneapolis, MN 55410 | | Notice Only | | | | $0.00 |
| 9 | Mulligan Bjornnes, PLLP<br>c/o John F. Mulligan, Esq.<br>401 Groveland Avenue<br>Minneapolis, MN 55403 | | Legal Costs | | | | $0.00 |
| 10 | McCarty Naim & Keeter<br>James H. McCarty, Jr. Esq<br>2630 NW 41st St.<br>Suite A<br>Gainesville, FL 32606 | | Legal Costs | | | | $0.00 |
| 11 | Glencoe Light and Power Commission<br>305 11th St E.<br>Glencoe, MN 55336 | | Utility - 818 9th St. E., Glencoe, MN 55336 | | | | $0.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2